

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, NY 10278*

January 12, 2026

The Honorable Stewart A. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> **Re:** ***United States v. Robinson and Healy*, S2 25 Cr. 2 (RA)**

Dear Judge Aaron:

The Government writes to request the unsealing of the charging instruments against defendants Tysaan Robinson and Candice Healy—the indictment 25 Cr. 2 (RA) and superseding indictment S2 25 Cr. 2 (RA). Robinson was arrested on December 22, 2025 and remanded, and Healy was arrested this morning and will be presented today in court.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____/s/_____
Jane Y. Chong
Assistant United States Attorney

**SO ORDERED:**

_____
THE HONORABLE STEWART A. AARON
United States Magistrate Judge
Southern District of New York

Dated: January 12, 2026