UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | 26-cr-0002-RA |
| -against- | : | **ORDER** |
| | : | |
| | : | |
| Candice Healy, | : | |
| | : | |
| Defendant. | : | |

-----------------------------------------------------------X

Ronnie Abrams, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include the following

condition of release:

- Mental health evaluation and treatment as directed by Pretrial Services

Dated:   New York, New York

June  9 , 2026

SO ORDERED:

_____
Ronnie Abrams
United States District Judge