UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

TYSAAN ROBINSON and CANDICE HEALY,

Defendants.

No. 26-CR-0002 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

Due to a scheduling conflict, the final pretrial conference is hereby rescheduled to August 7, 2026, at 2:30 p.m. Any in limine motions, along with proposed voir dire questions, requests to charge and proposed verdict sheet forms shall remain due on July 30, 2026. Any oppositions to those materials, however, shall now be filed no later than August 4, 2026.

SO ORDERED.

Dated:    July 1, 2026
          New York, New York

                                        Ronnie Abrams
                                        United States District Judge